823 A.2d 801

IN THE MATTER OF MICHAEL A. DEMIRO, AN ATTORNEY AT LAW (ATTORNEY NO. 010011976).

June 2, 2003.

## ORDER

**MICHAEL A. DeMIRO** of **VERONA**, who was admitted to the bar of this State in 1976, having pleaded guilty to violation of 18 *U.S.C.A.* 371, (conspiracy to engage in misleading conduct with other persons with the intent to hinder, delay and prevent the communication to law enforcement officers of information relating

to the commission of a federal offense), a federal felony, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MICHAEL A. DeMIRO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MICHAEL A. DeMIRO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MICHAEL A. DeMIRO** comply with *Rule* 1:20–20 dealing with suspended attorneys.